# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
### (Orlando Division)

| | |
|---|---|
| **UNIVERSAL MORTGAGE & FINANCE, INC.** | |
| Plaintiff. | **Case No. 6:21-cv-2134-CEM-LRH** |
| vs. | |
| **NATIONWIDE MORTGAGE BANKERS, INC.** | |
| Defendant. | |

### PLAINTIFF UNIVERSAL MORTGAGE & FINANCE, INC's
### NOTICE OF PENDENCY OF OTHER ACTIONS

Plaintiff, Universal Mortgage & Finance, Inc., in accordance with Local Rule 1.04(c), certifies that the instant action:

\_\_\_\_\_ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

  X   IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency. I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party

1

        Respectfully submitted,

        **EAVENSON, FRASER & LUNSFORD, PLLC**

        *s/ Thomas J. Fraser, Jr.*
        Thomas J. Fraser, Jr., Esquire
        Florida Bar No. 0155594
        Primary Email: tj@efli.law
        Secondary Email: sarah@efli.law
        4230 Pablo Professional Court, Suite 250
        Jacksonville, Florida 32224
        Telephone:  (904) 567-1160
        Facsimile:   (904) 567-1065

        *Attorney for Universal Mortgage & Finance, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court which sent notice of such filing to the following:

NATIONWIDE MORTGAGE BANKERS, INC.
c/o Corporation Service Company. Registered Agent
1201 Hays Street
Tallahassee, Florida 32301-2525

        *s/ Thomas J. Fraser, Jr.*
        Thomas J. Fraser, Jr., Esquire